UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Laderick Devon Pittman**                                  **Docket No. 4:06-CR-39-2F**

### Petition for Action on Supervised Release

COMES NOW Bentley H. Massey, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Laderick Devon Pittman, who, upon an earlier plea of guilty to Possession of Firearm by a Felon, 18 U.S.C. § 922(g)(1), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 14, 2006, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that, upon release from imprisonment, the defendant be placed on supervised release for a period of 36 months.

Laderick Devon Pittman was released from custody on July 3, 2014, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On August 29, 2016, the defendant submitted a urine screen that returned positive for marijuana use. He admits to the use of illegal drugs. The probation officer recommends continuing supervision and modifying his conditions to include the DROPS Program at the second use level.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

    I declare under penalty of perjury that the foregoing is true and correct.

/s/Bentley H. Massey
Bentley H. Massey
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8815
Executed On: September 15, 2016

Laderick Devon Pittman
Docket No. 4:06-CR-39-2F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___16___ day of ___September___, 2016, and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge